The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY WARNER,<br><br>        Plaintiff,<br><br>vs.<br><br>PACIFICORP LONG TERM DISABILITY COVERAGE PLAN, an Oregon corporation,<br><br>        Defendants | Case No.: 06-CV-5549-RCB<br><br>**STIPULATED DISMISSAL** |

Pursuant to FRCP 41(a)(1)(ii), the parties hereby stipulate that plaintiff's Complaint against defendant PacifiCorp Long Term Disability Coverage Plan is dismissed with prejudice and without costs or attorneys' fees to any party.

/ / / /

/ / / /

AGREED AND STIPULATED.

DATED: July13, 2007.

| KRAFCHICK LAW FIRM | ALTSCHUL LAW OFFICE, PC |
|---|---|
| /s/ Steven P. Krafchick | /s/ Andrew Altschul |
| Steven P. Krafchick (#13542)<br>Attorney for Plaintiff | Andrew M. Altschul (#32025)<br>Attorney for Defendants |

IT IS SO ORDERED

This 23rd day of July, 2007.

Robert J. Bryan
United States District Judge